■ FRANCIS MEEHAN, JR., Appellant, et al., Plaintiff, v PATRICK MEEHAN et al., Respondents. [713 NYS2d 698] —In an action, *inter alia*, for specific performance of and to recover damages for breach of contract, the plaintiff Francis Meehan, Jr., appeals (1) from an order of the Supreme Court, Suffolk County (Cohalan, J.), dated April 11, 1997, which, *inter alia*, referred the matter to a Referee to clarify an earlier report dated October 18, 1995, (2) from an order of the same court, dated November 7, 1997, which, in effect, *sua sponte* confirmed the supplemental report of the Referee dated October 29, 1997, to the extent of directing the defendants to furnish to the Referee, in camera, the post-litigation fiscal records of the defendant 369 New York Avenue Corp., and (3), as limited by his brief, from so much of an order of the same court dated July 21, 1999, as referred the matter to the Referee to supervise discovery and to hear and report on the substance of the parties' motions seeking to compel discovery.

Ordered that the appeals are dismissed, with costs.

The orders are not appealable as of right (*see, Selinger v Selinger,* 232 AD2d 471; *Matter of Mitchell v A.J. Med. Supply,* 141 AD2d 732), and we decline to grant leave to appeal. Santucci, J. P., Thompson, Sullivan and Goldstein, JJ., concur.

■ ROSALBINA OTALORA et al., Respondents, v LUIGI SOLIMEO, Appellant. [713 NYS2d 879] —In an action to recover damages for personal injuries, etc., the defendant, Luigi Solimeo, appeals from an order of the Supreme Court, Queens County (Posner, J.), dated September 16, 1999, which granted the plaintiffs' motion for reargument, and upon reargument, granted the plaintiffs leave to serve a supplemental summons and amended complaint substituting Palian, Inc., as the defendant in place of Luigi Solimeo.

Ordered that the appeal is dismissed, with costs.

The defendant is not aggrieved by the order appealed from, and therefore has no standing to appeal (*see,* CPLR 5511; *Berrios v Rockefeller Group,* 212 AD2d 495; *Gomberg v Gorman,* 117 AD2d 583). Santucci, J. P., Thompson, Sullivan and Goldstein, JJ., concur.